UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                        Case No. 25-30438
                                          Originating No.  25CR00286

**EARL BANKS,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **EARL BANKS,** to answer to charges pending in another federal district, and states:

1. On **July 9, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Missouri based on an Indictment**.  Defendant is charged in that district **with violation of 21 USC Section 846 – Conspiracy to Possess with Intent to Distribute Cocaine.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/Andrea Hutting*
ANDREA HUTTING
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 9, 2025